**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01107-REB-CBS

ELIZABETH MEDINA, individually as mother of and as personal representative of the estate of LUCAS de HERRERA, and
MARGARITO de HERRERA, individually as father of LUCAS de HERRERA,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS, ALAMOSA COUNTY, COLORADO, in both their individual capacities,
SHERIFF DAVID STONG, in his official capacity,
UNDERSHERIFF JOHN BIANCA, in his individual capacity,
SGT. RON GOODMAN, in his individual capacity,
FORMER DEPUTY RICK MARTINEZ, in his individual capacity,
DEPUTY LISA BENEVIDEZ, in her individual capacity, and
CORPORAL GARY THOMAS, in his individual capacity,

    Defendants.

**ORDER OF DISMISSAL
AS TO DEFENDANT RICK MARTINEZ**

**Blackburn, J.**

    On February 9, 2006, the parties filed a **Joint Motion to Dismiss Defendant Rick Martinez With Prejudice** [#44]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against defendant Rick Martinez should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion to Dismiss Defendant Rick Martinez With Prejudice** [#44], is **GRANTED**;

2.  That plaintiff's claims against defendant Rick Martinez are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant, "Former Deputy Rick Martinez," is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated February 10, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**