IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01107-REB-CBS

ELIZABETH MEDINA, Individually as mother of and as Personal Representative of the Estate of LUCAS de HERRERA, and
MARGARITO de HERRERA, Individually as father of LUCAS de HERRERA,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS, ALAMOSA COUNTY, COLORADO,
in both their individual capacities,
SHERIFF DAVID STONG, in his official capacity,
UNDERSHERIFF JOHN BIANCA, in his individual capacity,
SGT. RON GOODMAN, in his individual capacity,
FORMER DEPUTY RICK MARTINEZ, in her individual capacity,
DEPUTY LISA BENEVIDEZ, in her individual capacity, and
CORPORAL GARY THOMAS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Strike Amended Final Pretrial Order (filed March 29, 2006; *doc. no. 53*) is **GRANTED**.

**DATED:**    March 30, 2006